**United States District Court**
For the Northern District of California

1

2

3    IN THE UNITED STATES DISTRICT COURT

4    FOR THE NORTHERN DISTRICT OF CALIFORNIA

5
_____

6    ORDER OF THE CHIEF JUDGE

7
_____

8

9    IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES

10

11          When the Electronic Case Filing (ECF/e-filing) program was established for civil

12    cases in January 2003 (see generally General Order 45), the court's practice was to exclude from the

13    e-filing program cases in which any party was not represented by an attorney.  Pursuant to Part III of

14    General Order 45, the court's ECF webpage provided:  "All cases involving pro se parties are

15    excluded from the e-filing program and must be filed entirely in paper, unless otherwise ordered by

16    the court."

17          Effective immediately, cases with unrepresented party litigants  in which at least one

18    party is represented by an attorney will no longer be excluded from the e-filing program.  All

19    *represented* parties will e-file their submissions to the court on the same basis as in cases not

20    involving pro se litigants and in compliance with all parts of General Order 45.  *Represented* parties

21    will be required to serve paper copies by mail on *unrepresented* parties only.  As before,

22    unrepresented litigants will continue to file and serve all submissions to the court in paper form

23    unless prior leave is obtained from the assigned judge in a particular case.

24          IT IS SO ORDERED.

25

26
Date:  May 11, 2007

27                                                                      _____
                                                                                  Vaughn R Walker
28                                                                         United States District Chief Judge