June 5, 2007



Clerk of the United States District Court N.D.Cal.
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

        RE:   Correction on Case 5:07-cv-02420 JF
                Rivera vs. Clark
                Petition for Writ of Habeas Corpus
                Under 28 U.S.C. § 2241

Dear Sir:

I would like to correct some information that I erroneously answered in the petition. Please rectify the proper data on the following:

    A)   The date of my sentencing is May 15, 2006 and not June 16, 2006.

    B)   My zip code is 94568 and not 94014. I must have inadvertently used my residence zip code instead of the zip code here in Dublin Camp. All my communications should be forwarded here in the Dublin CAmp since I am still serving my sentence.

Thank you very much for your prompt attention.

Sincerely,

*[signature]*
Veronica Rivera
Federal Prison Camp - Dublin
5675 - 8th Street, Camp Parks
Dublin, CA 94568