**E-filed 7/12/07**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERONICA RIVERA,<br><br>    Petitioner,<br><br>  v.<br><br>Warden SCHELIA A. CLARK,<br><br>    Respondent. | Case Number C-07-2420<br><br>ORDER REFERRING CASE FOR RELATED CASE DETERMINATION |

  Petitioner filed a Petition for Habeas Corpus on May 4, 2007.  The petition indicates her desire for this Court to consider her for early release to a half way house.

  "Whenever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the earliest filed case with a request that the Judge assigned to the earliest filed case consider whether the cases are related" N. D. Cal. Local Rule 3-12(c)  Judge Claudia Wilken presided over petitioner's criminal action. Accordingly, the undersigned refers the case to Judge Wilken with a request that she consider

1 | whether the cases are related.

2 |     IT IS SO ORDERED

3 |

4 | July 12, 2007

                                           Judge Jeremy Fogel, US District Court