August 08, 2007

Honorable Judge Claudia Wilken
U.S. Federal District Court
1301 Clay Street
Oakland, CA 94612

RE: MOTION TO EXPEDITE
    Rivera v. Copenhaver, Case No. 5:07-CV-02420
    (previously Clark)

Dear Hon. Judge Wilken:

    I received a copy of the "Referring Case" letter from Hon. Judge Jeremy Fogel assigning my Habeas Petition case to you being my original Judge on my criminal action.

    I felt elated and very priveleged because this is an answered prayer from above. My godly feeling eversince has dictated me that you are a fair and considerate Judge. I salute on how accurate and prompt you act on cases.

    My filing date was May 04, 2007 and there has been a great delay of 2 months and 1 week before an action was taken. I definitely understand that you are inculpable on this since they sent you the letter only on July 12, 2007. I have two co-inmates here in Dublin Camp who filed the same petition and have you as their Judge. These are Cynthia Blake, Case No. 4:07-CV-02899 (N.D. Filed June 04, 2007) and Diana Aragon, Case No. 4:07-CV-02925 (N.D. Filed June 05, 2007). Both of them have already received from your office a directive serving the Bureau of Prison the "Order to Show Cause". To date, I have not received any action yet.

    I am appealing for your benevolence that my case get expedited at the soonest possible time. I hope that my case will conclude in due time to have the full benefit of the Habeas Petition should you decide to grant me an affirmative judgement. I am very confident that you will have compassion on me since this is my first offense. I truly and faithfully vowed never to make any violation of the law ever again. It is my ardent desire to be accepted back to the community and recover my decent reputation from my family, friends and relatives.

    Enclosed is a copy of my latest performance review from my Case Manager, Ms. Rodriguez. I took this chance hoping this will be of help on the perusal and verdict on this case. I have done my best in the Camp from day one expecting that an exceptional Parole or approval for Home Confinement and early release to Half-Way House will be granted.

    My ineffable gratitude for your kind assistance.

Sincerely,

*[signature]*
Veronica Rivera

**PROGRESS REPORT**                                              Federal Bureau of Prisons
U.S. Department of Justice

*Federal Correctional Institution*
*5701 8th Street, Camp Parks*
*Dublin, CA  94568*
*Telephone: (925) 833-7500*

_____          Reviewed                    _____
Inmate's Signature                  Date                        Staff Signature

| 1. Type of Progress Report: | | |
|---|---|---|
| Initial: _____ | Statutory Interim: _____ | Pre-Release: __XX__ |
| Transfer: _____ | Triennial: _____ | Other (Specify): Final |

| 2. Inmate's Name: Rivera, Veronica | 3. Register Number: 97659-011 | 4. Age (DOB) (55) 08-10-1951 |
|---|---|---|

| 5. Present Security/Custody Level: MINIMUM/OUT |
|---|

| 6. Offense/Violator Offense: 18USC371-Conspiracy to Commit Honest Services Mail Fraud |
|---|

| 7. Sentence: 24-month 3559 PLRA Sentence with a 3 year term of supervision to follow, a $100.00 Special Assessment Fee and $5,000.00 Fine |
|---|

| 8. Sentence Began: 08-31-2006 | 9. Months Served + JCT: 10 months + 2 days JCT | 10. Days GCT or EGT/SGT: 0/0/0 |
|---|---|---|
| 11. Days FSGT/WSGT/DGCT: 0/0/0 | 12. Projected Release Date: 05-26-2008/VIA GCT Release | 13. Last USPC Date/Action: N/A |

| 14. Detainers/Pending Charges: None noted. |
|---|
| 15. Co-Defendants: N/A-New Law Case |

Distribution:   Inmate File
                U.S. Probation Office
                Parole Commission (If applicable)
                Inmate

*PROGRESS REPORT* (continued)  
U.S. Department of Justice

Page 2  
Federal Bureau of Prisons

| Name: Rivera, Veronica | Reg. No: 97659-011 | Date: 06-25-2007 |
|---|---|---|

## INSTITUTIONAL ADJUSTMENT

Since her arrival at this facility, Ms. Rivera has demonstrated good institution adjustment. She has developed a good relationship with staff and inmate peers, and is not considered a management concern. Ms. Rivera has made every effort to maintain a positive attitude and follows program recommendations made by the Unit Team at FPC Dublin.

a. <u>Program Plan</u>: At her initial classification and subsequent Program Reviews Ms. Rivera was recommended for participation in voluntary groups, correctional counseling groups, a work assignment, GED enrollment (if required), the Financial Responsibility Program, the Unit/Institutional Release Preparation Programs, and a Residential Re-entry Center placement upon eligibility.

b. <u>Work Assignments</u>: Since her incarceration, Ms. Rivera has been assigned to the Camp Orderly work detail, where her duties include assisting staff with maintaining the overall sanitation of the housing unit.

```
DUB   C-C1 ORD    CAMP ORDERLY FOR C1      04-24-2007 1601 CURRENT
DUB   C-C4 ORD    CAMP ORDERLY FOR C4      12-28-2006 0001 04-24-2007 1601
DUB   C-C2 ORD    CAMP ORDERLY FOR C1      09-08-2006 0001 12-28-2006 0001
DUB   C-A&O       CAMP-NEW COMMIT/PEND CLEARANCE 08-31-2006 1400 09-15-2006 0001
```

Ms. Rivera's supervisor indicates she is a satisfactory worker, who reports to work on time and works approximately 3 to 4 hours per day. Work evaluation indicates she receives satisfactory reviews. She earns Grade 4 pay.

c. <u>Educational/Vocational Participation</u>: Ms. Rivera had met the educational requirements prior to incarceration. The Unit Team has been encouraged to participate in any education or RPP classes of interest while at FPC Dublin, California. She has completed the following classes/programs:

```
------------------ EDUCATION INFORMATION --------------------
FACL ASSIGNMENT DESCRIPTION          START DATE/TIME STOP DATE/TIME
DUB  ESL HAS   ENGLISH PROFICIENT           09-14-2006 1500 CURRENT
DUB  GED HAS   COMPLETED GED OR HS DIPLOMA  04-04-2007 0730 CURRENT

------------------- EDUCATION COURSES -----------------------
SUB-FACL  DESCRIPTION              START DATE STOP DATE EVNT AC LV HRS
DUB SCP F  RPP6/TOASTMASTERS-E CC   02-26-2007 CURRENT
DUB SCP F  WOMENS WELLNESS VIDEOS   03-12-2007 03-12-2007   C C P   1
```

*PROGRESS REPORT* (continued)

Page 3

U.S. Department of Justice                                    Federal Bureau of Prisons

Name: Rivera, Veronica        Reg. No: 97659-011        Date: 06-25-2007

| | | | | | |
|---|---|---|---|---|---|
| DUB SCP F | THE WAY WE LIVE SERIES | 09-22-2006 12-29-2006 | P C P | 50 |
| DUB SCP F | RPP2/CMP EMPLOYABILITY SKILLS | 09-19-2006 09-19-2006 | P C P | 1 |
| DUB SCP F | RPP2/CMP EMPLOYABILITY SKILLS | 09-20-2006 09-20-2006 | P C P | 2 |
| DUB SCP F | JOB FAIR INFORMATION | 10-06-2006 10-06-2006 | P C P | 5 |
| DUB SCP F | SECRET IFE OF THE BRAIN | 10-03-2006 10-03-2006 | P C P | 4 |
| DUB SCP F | 9 STEP | 09-12-2006 09-12-2006 | C C P | 2 |
| DUB SCP F | 9 STEP | 09-14-2006 09-14-2006 | P C P | 2 |

d. **Counseling Programs**: Ms. Rivera has been aware of the variety of counseling group, and drug programs offered through the Psychology Department.

e. **Incident Reports**: Ms. Rivera has maintained clear conduct since her arrival at FPC Dublin.

NO DISCIPLINARY INFRACTIONS INCURRED DURING THIS REPORTING TIME.

f. **Institutional Movement**: Ms Rivera was initially designated to FPC Dublin, California, arriving on August 31, 2006.

INSTITUTION   ASSIGNMENT   REASON FOR MOVEMENT            EFFECTIVE DATE
DUB SCP F     A-DES        US DISTRICT COURT COMMITMENT   08-31-2006

g. **Physical and Mental Health**: Ms. Rivera is currently classified as regular duty with no medical restrictions noted. The BP-351 indicates she has significant medical disorder; under good control and will require follow up care upon release. The mental health report indicates no evidence of mental health problems. She is considered fully employable upon release.

h. **Progress on Financial Plan**: The courts for the Northern District of California imposed a $100 Special Assessment Fee and $5000.00 Restitution. Ms. Rivera has agreed to make monthly payments of $50.00 toward her obligation. She has paid the Special Assessment Fee in full and is working toward paying off the restitution amount owed. Her current restitution balance is $4750.00. The United States Probation Office will re-establish a feasible payment plan for any outstanding balance that remains after Ms. Rivera is released from custody.

FRP ASSIGNMENT                  START DATE
PART      FINANC RESP-PARTICIPATES   09-13-2006

**RELEASE NOTIFICATIONS**:
Is offender subject to release notification provisions under 18 USC 4042(C) Due to a conviction for certain sexual offenses.

( ) YES  (X) NO

18 USC 4042(C) Notifications apply to inmates releasing the community.