Federal Prison Camp Dublin
Name: Veronica Rivera
Reg. No: 97659-011
5675 8th St. Camp Parks
Dublin, CA 94568

OAKLAND CA 946
10 AUG 2007 PM 6 L

Hon. Judge Claudia Wilken
U.S. Federal District Court
1301 Clay Street
Oakland, CA 94612

RECEIVED BY
AUG 14 2007
U.S. MARSHALS SE

LEGAL MAIL