October 1, 2007



Hon. Judge Claudia Wilken
U.S. Federal District Court
1301 Clay Street
Oakland, CA 94612

              Re:   Rivera v. Copenhaver (previously Clark)
              Case No. : 5:05-cv-02420 CW

Dear Hon. Judge Wilken:

    I am writing you because of my extreme concern regarding the Habeas Petition that I filed on May 4, 2007. I sent you a letter of "Motion To Expedite" on August 8, 2007. I received your letter accepting my case on August 17, 2007.

    To date, I have not received any action on my case. It has been five (5) months already and I do not know if I need to submit anything or do something to get it expedited.

    I have done my Administrative Remedies here in the Camp which were all declined by the Warden and the Regional Office. The reason is their customary response about the 10% rule. I submitted the final appeal to our Western Regional Counsel in Washington, D.C. last August 1, 2007. In the BOP manual, they have 40 days to respond which was supposedly last September 10, 2007. As of this date, I have not received any response from them yet. I did this so that if the Court will require me to process my Administrative Remedy, I have already completed them.

    I have NO DISCIPLINARY INFRACTIONS and have maintained a clear conduct and good relationship both with the BOP Staff and my peers. I accept that I made a mistake but I believe that a "Prisoner" who is a first offender and in remorse and true repentance shall be given a chance to get back to her family and community sooner. I hope that you will consider my performance here which is relatively my character.

    I hope you will give BOP the minimum time to respond to be able to conclude my case in time for the earlier six (6) months that I am requesting for a half-way house or home confinement. I have only five(5) months and 25 days to serve here in the Camp.

    Thank you for your attention and kind consideration.

Sincerely

*[signature]*
Veronica Rivera