OAKLAND CA 946

02 OCT 2007 PM 6 T

Federal Prison Camp Dublin
Name: Veronica Rivera
Reg.No. 97559-011
5675 8th St. Camp Parks
Dublin. CA 94568

HON. JUDGE CLAUDIA WILKEN
U.S. Federal District Court
1301 Clay Street
Oakland,CA 94612

94612+5212 C037

"LEGAL MAIL"