**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA RIVERA,                           No. C 07-02420 CW (PR)

      Petitioner,                      Related to: No. C 05-0454 CW (PR)

   v.                                    ORDER TO SHOW CAUSE

SCHELIA A. CLARK, Warden,

      Respondent.
_____/

Petitioner, a federal prisoner, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has paid the $5.00 filing fee.

A district court may entertain a petition for a writ of habeas corpus challenging the execution of a federal sentence only on the ground that the sentence is being executed "in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3); United States v. Giddings, 740 F.2d 770, 772 (9th Cir. 1984).

The court should "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous

or false.  Hendricks v. Vasquez, 908 F.2d 490, 491 (9th Cir. 1990) (quoting Blackledge v. Allison, 431 U.S. 63, 75-76 (1977)).

It does not appear from the face of the petition that it is without merit.  Good cause appearing, the Court hereby issues the following orders:

1.    The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney for the Northern District of California.  The Clerk shall send a copy of the petition to the Attorney General of the United States in Washington, D.C.  The Clerk shall also serve a copy of this Order on Petitioner.

2.    Respondent shall file with this Court and serve upon Petitioner, within sixty (60) days of the issuance of this Order, an Answer showing cause why a writ of habeas corpus should not be issued.  The respondent shall file with the answer a copy of all documents that are relevant to a determination of the issues presented by the petition.

3.    If Petitioner wishes to respond to the Answer, Petitioner shall do so by filing a Traverse with the Court and serving it on Respondent within thirty (30) days of receiving the Answer.  Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision thirty (30) days after the date Petitioner is served with Respondent's Answer.

4.    It is Petitioner's responsibility to prosecute this case. Petitioner must keep the Court and Respondent informed of any change of address and must comply with the Court's orders in a

United States District Court
For the Northern District of California

timely fashion.  Petitioner must also serve on Respondent's counsel all communications with the Court by mailing a true copy of the document to Respondent's counsel.

5.    Extensions of time are not favored, though reasonable extensions will be granted.  Any motion for an extension of time must be filed no later than ten (10) days prior to the deadline sought to be extended.

IT IS SO ORDERED.

Dated: 11/5/07

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\HC.07\Rivera2420.OSC-2241.wpd        3

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4  RIVERA et al,

Case Number: CV07-02420 CW

5         Plaintiff,

**CERTIFICATE OF SERVICE**

6   v.

7  CLARK et al,

8         Defendant.
                                              /

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12  That on November 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15

16  Veronica  Rivera 97659-011
Federal Prison Camp, Dublin
5675 8th Street
17  Camp Parks
Dublin,  CA 94568

18

Dated: November 5, 2007

19                                     Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk

20

21

22

23

24

25

26

27

28

P:\PRO-SE\CW\HC.07\Rivera2420.OSC-2241.wpd          4