UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA RIVERA<br><br>        Plaintiff,<br><br>  v.<br><br>SCHEILIA A. CLARK<br><br>        Defendant.<br>_____/ | Case Number: CV07-02420 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2007, I SERVED a true and correct copy(ies) of **amended order to show cause  (docket #12), and petition (docket #1)**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Veronica Rivera 97659-011
Federal Prison Camp, Dublin
5675 8th Street
Camp Parks
Dublin, CA 94568

Schelia A. Clark, Warde
Federal Prison Camp, Dublin
5675 8th Street
Camp Parks
Dublin, CA 94568

U.S. Attorney
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102


U.S. Attorney General
U.S. Dept. Of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Dated: November 7, 2007

                                         Richard W. Wieking, Clerk
                                         By: Clara Pierce, Deputy Clerk