07-2420-CW

December 05, 2007



HON. JUDGE CLAUDIA WILKEN
U.S. Federal District Court
1301 Clay Street
Oakland, CA 94612

Dear Hon. Judge Wilken:

As of the date of this letter, I have not received a copy from the BOP on their reply from your "Order to Show Cause". I was able to know that they have responded from the regular telephone calls that I place to the office of Mr. Barry Portman.

In spite of this, Ms. Robin Packel promptly assisted me in preparing my Reply/Traverse to my Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.

I notified Mr. Dennis Wong who is the Attorney for the Bureau of Prison regarding this situation.

In all of communication with the BOP, including my Administrative Remedies, I have responded immediately and on a timely manner.

Thank you for your consideration.

Sincerely,

Veronica Rivera
Reg. No. 97659-011
Federal Prison Camp Dublin