

Federal Prison Camp Dublin
Name: VERONICA RIVERA
Reg.No: 94652-011
5675 8th St. Camp Parks
Dublin, CA 94568

OAKLAND CA 946
05 DEC 2007 PM 3 L

HON. JUDGE CLAUDIA WILKEN
U.S. Federal District Court
1301 Clay Street
Oakland, CA 94612

LEGAL MAIL