**FILED**

JAN 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

January 22, 2008

Honorable Judge Claudia Wilken
U.S. Federal District Court
1301 Clay Street
Oakland, CA 94612

Re: Rivera v. Clark, CAse No. 5:07-CV-02420

Dear Hon. Judge Wilken:

I would like to appeal for your kind consideration regarding my case. I submitted my response to the BOP rebattle and this was received by the District Court last December 07, 2007.

I am cognizant that you may be busy with other cases, but because of the time sensitivity of my case, I am hoping that you will have a chance to review and make a decision. It has been 45 days since my response was received, and I am 64 days away from my projected release date to the Half Way House in San Francisco. My release package has been completed since July 31, 2007.

I sincerely apologize for any inconvenience but I am truly concerned that my case will just become "Moot" if I ran out of time.

Thank you for understanding my situation.

Sincerely,

Veronica Rivera