Federal Prison Camp Dublin
Name: Veronica Rivera
Reg.No: 97659-011
5675 8th St. Camp Parks
Dublin, CA 94568

OAKLAND CA 945
13 JAN 2008 PM 6 L

Honorable Judge Claudia Wilken
U.S. Federal District Court
1301 Clay Street
Oakland, CA 94612