IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA RIVERA,

    Petitioner,

  v.

SCHELIA A. CLARK, Warden

    Respondent.
                                       /

No. C 07-02420 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Petition for Writ of Habeas Corpus,

    IT IS ORDERED AND ADJUDGED

    That Petitioner Veronica Rivera's Petition for Writ of Habeas Corpus is granted. Respondent Schelia A. Clark, Warden, shall consider the appropriateness of placing Petitioner in a residential reentry center (RRC) during any portion of the remainder of her sentence, without regard for the ten-percent time limit imposed by 18 C.F.R. § 570.21. When making her decision, Respondent shall take into account Petitioner's particularized pre-release needs and the factors set forth in § 3621(b). The decision shall issue within fourteen days of this judgment. Each party shall bear its

1 own costs of action.

2     Dated at Oakland, California, this 5th day of February, 2008.

3                             RICHARD W. WIEKING
                              Clerk of Court
4

5
                        By: _____
6                             SHEILAH CAHILL
                              Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RIVERA et al,

        Plaintiff,

v.

CLARK et al,

        Defendant.

Case Number: CV07-02420 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dennis Matthew Wong
U.S. Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Veronica Rivera 97659-011
Federal Prison Camp, Dublin
5675 8th Street
Camp Parks
Dublin, CA 94568

Dated: February 5, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk