Federal Prison Camp Dublin
Name: Veronica Rivera
Reg No. 87765-011
5675 8th Camp Parks
Dublin, CA 94568

LEGAL MAIL
===========

OAKLAND CA 946

22 FEB 2008 PM 9 T

Hon. Judge Claudia Wilken
U.S. Federal District Court
1301 Clay Street, 400 S. Tower
Oakland, CA 94612-5212

94612+5212